JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ATTORNEY RECOVERY SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ESTHER TOBY GALLANT, an individual, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br>─────────────────────────<br>ESTHER GALLANT, INC.<br><br>　　　　　Cross-Complainant,<br><br>　vs.<br><br>KIVI INTERNATIONAL LLC<br>and DOES 101 to 150,<br><br>　　　　　Cross-Defendants.<br>───────────────────────── | Case No.:<br>SACV 08-172 AG (RNBx)<br><br>OCSC Case No. 07CC08869<br><br>**ORDER ON STIPULATION TO REMAND CASE BACK TO ORANGE COUNTY SUPERIOR COURT** |

　　　Pursuant to the Stipulation to Remand Case Back to State Court of the parties hereto, by and through their respective counsel of record,

　　　**IT IS HEREBY ORDERED** that the above-entitled action is hereby remanded back to Orange County Superior Court.

DATED: November 4, 2008

_____
Hon. Andrew J. Guilford
United States District Judge